■ DEERE & COMPANY, Respondent, v M.P. JONES COMPANIES, INC., et al., Appellants. (Appeal No. 1.) [940 NYS2d 416]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered November 22, 2010 in a breach of contract action. The order, among other things, granted plaintiff's motion for summary judgment and awarded plaintiff a money judgment.

■ DEERE & COMPANY, Respondent, v M.P. JONES COMPANIES, INC., et al., Appellants. (Appeal No. 2.) [939 NYS2d 901]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered January 19, 2011 in a breach of contract action. The order awarded plaintiff a "judgment" of at-

torney's fees in the amount of $20,523.25 and costs in the amount of $2,003.30 against defendants.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs.

Same memorandum as in *Deere & Co. v M.P. Jones Cos., Inc.* (93 AD3d 1208 [2012]). Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.